IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEANETH CASTRO,<br><br>    Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>    Defendant. | 1:06CV01326 (RWR) |

### NOTICE OF APPEARANCE

Please take notice that Minh N. Vu of the law firm of Epstein, Becker & Green, P.C. hereby enters her appearance on behalf of Defendant, Marriott International, Inc., in this matter.

              Respectfully submitted,

              EPSTEIN BECKER & GREEN, P.C.

              ___/s/_____
              Minh N. Vu (Bar No. 444305)
              1227 25th Street, N.W.
              Suite 700
              Washington, D.C. 20037
              (202) 861-0900
              (202) 296-2882 (fax)

              Counsel for Defendant

DATED: August 16, 2006

DC:714154v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2006, I served a copy of the foregoing Notice of Appearance by first class mail to:

John P. Racin, Esq.
Timothy A. O'Brien, Esq.
Law Office of John P. Racin
1721 Lamont Street, NW
Washington, DC  20010

                                                                                                                         /s/
                                                                                              Minh N. Vu

DC:714154v1