IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEANETH CASTRO,<br><br>                Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>                Defendant. | 1:06CV01326 (RWR) |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Defendant Marriott International, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Marriott International, Inc. which have any outstanding securities in the hands of the public:  None.

These representations are made in order that judges of this court may determine the need for recusal.

                              Respectfully submitted,

                              EPSTEIN BECKER & GREEN, P.C.

                              ___/s/_____
                              Minh N. Vu  (Bar No. 444305)
                              1227 25th Street, N.W.
                              Suite 700
                              Washington, D.C. 20037
                              (202) 861-0900
DATED: August 16, 2006        (202) 296-2882 (fax)

                              Counsel for Defendant

DC:714157v1

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2006, I served a copy of the foregoing LCvR 7.1 Certificate by first class mail to:

John P. Racin, Esq.
Timothy A. O'Brien, Esq.
Law Office of John P. Racin
1721 Lamont Street, NW
Washington, DC 20010

_____/s/_____
Minh N. Vu

DC:714157v1