IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEANETH CASTRO,<br><br>        Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>        Defendant. | 1:06cv01326 (RWR) |

**CONSENT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT
TO FILE A RESPONSIVE PLEADING**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 7, Defendant Marriott International, Inc. moves for an extension of time to file a responsive pleading to the Complaint to and including September 25, 2006. Plaintiff's counsel has consented to this extension. The extension is necessary to allow Defendant's counsel, who has just recently been retained to defend this matter, to investigate adequately the allegations and prepare an appropriate response.

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

/s/
_____
Minh N. Vu (Bar No. 444305)
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-0900
(202) 296-2882 (fax)

DATED: August 16, 2006                    Counsel for Defendant

DC:713892v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2006, I served a copy of the foregoing Consent Motion for an Extension of Time for Defendant to File a Responsive Pleading and Proposed Order by first class mail to:

John P. Racin, Esq.
Timothy A. O'Brien, Esq.
Law Office of John P. Racin
1721 Lamont Street, N.W.
Washington, D.C. 20010

                                                   /s/
                                           Minh N. Vu, Esq.

DC:713892v1