IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEANETH CASTRO,<br><br>   Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>   Defendant. | 1:06cv01326 (RWR) |

**ORDER GRANTING CONSENT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**

Upon consideration of the Consent Motion for an Extension of Time for Defendant to file a Responsive Pleading, it is this ___ day of _____, 2006, hereby

 ORDERED that the motion be, and the same hereby is, GRANTED;

 ORDERED that Defendants shall file a responsive pleading by September 25, 2006.

**SO ORDERED.**

               _____
               United States District Judge

DC:713898v1