UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jeaneth Castro       ) | |
|                       ) | |
|     Plaintiff,     ) | |
|                       ) | |
| v.                  ) | Civil Action No. 06-1326 (RWR) |
|                       ) | |
| Renaissance Hotel Operating Co.   ) | |
|                       ) | |
|     Defendant.    ) | |
|                       ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

By mutual agreement of the parties in this case and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Jeaneth Castro hereby dismisses with prejudice this entire case and all the claims asserted therein. Each party will bear its own costs, attorneys' fees and expenses.

Date: February 28, 2007                            Respectfully submitted,

                                                          /s/
                                                 Minh N. Vu (Bar No. 444305)
                                               EPSTEIN BECKER & GREEN, P.C.
                                             1227 25th Street, N.W.
                                             Washington, D.C. 20037
                                             202.861.0900

                                             Attorneys for Defendant

                                             /s/
                                             John P. Racin (Bar No. 942003)
                                             Timothy A. O'Brien (Bar No. 934141)
                                             LAW OFFICE OF JOHN P. RACIN
                                             1721 Lamont Street, N.W.
                                             Washington, D.C. 20010
                                             202.265.2516

                                             Attorneys for Plaintiff